**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:24-cv-61769-DPG**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **MARCO A. ROSAS,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**
**TO FILE MOTION FOR FINAL DEFAULT JUDGMENT**

Plaintiff Securities and Exchange Commission (the "Commission"), pursuant to Fed. R. Civ.

P. 6(b) and L.R. 7.1(a)(1)(J), respectfully requests a 90-day extension of time to move for final

default judgment against Defendant Marco A. Rosas ("Rosas") so the Commission staff can obtain

authority from the Commission to seek a specific disgorgement amount and civil penalty amount,

and states:

1.      On September 24, 2024, the Commission filed its Complaint against Rosas

alleging violations of the registration provisions of the federal securities laws. *See* DE 1. The

Complaint seeks against Rosas injunctive relief and monetary relief, *i.e.*, disgorgement,

prejudgment interest thereon, and a civil penalty. *Id*.

2.      On October 31, 2024, the Clerk of Court entered a default against Rosas for failure

to appear, answer, or otherwise plead to the Complaint. *See* DE 7.

3.      On November 5, 2024, the Court directed the Commission to file a motion for final

default judgment within 10 days, *i.e.*, by November 15, 2024. *See* DE 8.

4.      The Commission staff must obtain authorization from the five-member

Commission in Washington D.C., to seek a specific disgorgement amount and civil penalty amount against Rosas. As such, the Commission seeks a 90-day extension of time for the Commission staff to obtain such authority and file its motion for final default judgment against Rosas.

5.      No party will be prejudiced by the proposed extension.

**WHEREFORE**, the Commission respectfully requests a 90-day extension of time, through and including February 13, 2025, to file its motion for final default judgment against Rosas. A proposed order is attached for the Court's consideration.

November 6, 2024                                  Respectfully submitted,

By:      */s/ Stephanie N. Moot*
         Stephanie N. Moot
         Senior Trial Counsel
         Fla. Bar No. 30377
         Direct Dial:  (305) 982-6313
         Email:  moots@sec.gov

         Attorney for Plaintiff
         **SECURITIES AND EXCHANGE**
         **COMMISSION**
         801 Brickell Avenue, Suite 1950
         Miami, Florida 33131
         Telephone:  (305) 982-6300
         Facsimile:  (305) 536-4146

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on November 6, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record or by means denoted below upon the below list.

                                  */s/ Stephanie N. Moot*
                                  Stephanie N. Moot

## <u>SERVICE LIST</u>

*Via U.S. Mail*
Marco A. Rosas
8001 Palmetto Palm Cir.
Tamarac, FL 33321